FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 JUN -6 PM 2: 30

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:98CR165 |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| CHAD HOOPER, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER came before the Court on the 6th day of June, 2005, on the Motion of the Defendant for an order to seal a document. (Filing No. ___)

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the document named in Defendant's Motion to Seal Document shall be filed under seal.

BY THE COURT

/s/ Richard G. Kopf

Hon. Richard G. Kopf
United States District Judge

Date: 6/6/05